UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

August 25, 2025

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **22-1252, Waetzig v. Halliburton Energy Services**
              Dist/Ag docket: 1:20-CV-00423-KLM

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 1, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                              Sincerely,

                                              Christopher M. Wolpert
                                              Clerk of Court

cc:     Kevin D. Benish
         Jonathan C Bond
         Austin M Cohen
         Heather F. Crow
         Patrick James Fuster
         Spencer J Kontnik
         Matthew D. McGill
         Lochlan Francis Shelfer

    Joshua Robert Zuckerman
    Samuel Zurik III

CMW/jm